**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 98-1763**

────────────

WALTER GOODMAN, sole surviving shareholder of
Newport Centre Investment Corporation,

Plaintiff - Appellant,

versus

JONES, BLECHMAN, WOLTZ & KELLY, PC, A
Professional Legal Corporation; EDWARD DWIGHT
DAVID, Esq., Counsel to Plaintiff; KEVIN W.
GRIERSON, Esq., Attorney with Jones, Blechman,
Woltz and Kelly; JAMES F. THORNTON, III, Esq.,

Defendants - Appellees.

────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Newport News. Raymond A. Jackson, District
Judge. (CA-97-31-4)

────────────

Submitted: October 8, 1998          Decided: October 22, 1998

────────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Walter Goodman, Appellant Pro Se.  John Y. Pearson, Jr., Frank
Alwin Edgar, Jr., WILLCOX & SAVAGE, Norfolk, Virginia; Steven Scott
Biss, MALONEY, HUENNEKENS, PARKS, GECKER & PARSONS, Richmond,
Virginia; Lloyd Lee Byrd, SANDS, ANDERSON, MARKS & MILLER, Rich-
mond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellees' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Goodman v. Jones, Blechman, Woltz & Kelly, P.C.</u>, No. CA-97-31-4 (E.D. Va. Apr. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2